STATE OF NEW JERSEY v. JAMES H. BOLITHO.

Decided June 19, 1925.

**Foreign Jury—Application at This Late Date Denied.**

On petition for foreign jury.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the defendant-petitioner, *John A. Matthews.*

*Contra, Wilfred H. Jayne, Jr.,* assistant attorney-general.

PER CURIAM.

We have considered the various matters and arguments urged by the petitioner, and have concluded that the petition presented at this late day presents no sufficient reason for an order for a foreign jury.

The application is accordingly denied.